IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN PATRICK O'LEARY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WEXFORD HEALTH SOURCES, INC., ET AL. | : | NO. 16-1393 |

## ORDER

**AND NOW**, this 17th day of January, 2017, upon consideration of Defendants' "Motion to Dismiss Plaintiff's Amended Complaint" (Docket No. 17) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED** as to Count I of the First Amended Complaint and Count I is **DISMISSED** without prejudice.

2. The Motion to Dismiss is **GRANTED** with respect to Plaintiff's request for an award of punitive damages on his state law medical malpractice claims and Plaintiff's request for punitive damages with respect to those claims is **DISMISSED** without prejudice.

3. The Motion to Dismiss is **DENIED** in all other respects.

4. Plaintiff may file a second amended complaint that cures the deficiencies in the First Amended Complaint no later than February 23, 2017.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.