IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN PATRICK O'LEARY | : | CIVIL ACTION |
| v. | : | |
| WEXFORD HEALTH SOURCES, INC., ET AL. | : | NO. 16-1393 |

FILED FEB 22 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 22nd day of February, 2018, upon consideration of Defendants' "Motion to Dismiss Plaintiff's Second Amended Complaint" (Docket No. 23) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
John R. Padova, J.