IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL O'LEARY as Administrator Ad Prosequendum for the Estate of Shawn Patrick O'Leary, Deceased<br><br>vs.<br><br>WEXFORD HEALTH SOURCES, INC.; RAUL YANKELEVICH, M.D.; STEPHEN RITZ, D.O. | NO:2-16-CV-01393<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of John L. Rollins on behalf of Michael O'Leary as Administrator Ad Prosequendum for the Estate of Shawn Patrick O'Leary in the above-captioned lawsuit..

Respectfully submitted,

By: S/John Rollins, Esquire

John L. Rollins, Esquire
johnrollinsesq@gmail.com
Law Office of John L. Rollins
1408 Burke Road
West Chester, PA 19380
Telephone : (215) 512-4219
Facsimile : (484) 879-6770

Date: November 20, 2019

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL O'LEARY<br>as Administrator Ad Prosequendum<br>for the Estate of<br>Shawn Patrick O'Leary, Deceased<br><br>Plaintiff<br><br>vs.<br>WEXFORD HEALTH SOURCES,<br>INC., et al.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>: Jury Trial Demanded<br>:<br>:<br>:<br>: No. 2:16-cv-01393-JP<br>:<br>: |

**CERTIFICATE OF SERVICE**

    I, John L. Rollins, Esquire, hereby certify that true and correct copies of the foregoing Notice of Withdrawal of Appearance, was served upon the following via the Court's electronic mail system, on November 20, 2019, on behalf of the Defendants, Wexford Health Sources, Inc., Raul Yankelevich, M.D., and Stephen Ritz, D.O., and on behalf of Plaintiff Sonia Perez Chaisson:

| | |
|---|---|
| Emily B. Ryan-Fiore, Esquire<br>eryan@wglaw.com<br><br>Kenneth D. Powell, Jr., Esquire<br>kpowell@wglaw.com<br><br>Caitlin J. Goodrich, Esquire<br>cgoodrich@wglaw.com<br>WEBER GALLAGHER SIMPSON<br>STAPLETON FIRES & NEWBY, LLP<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>Attorneys for Defendants | Sonia Perez Chaisson, Esquire<br>lawfirmsonisp.chaisson@gmail.com<br>Telephone No.: (310) 773-8788<br>Attorney for Plaintiff |

                                              By: S/John Rollins, Esquire
                                                   John L. Rollins, Esquire
                                                   johnrollinsesq@gmail.com
                                                 Law Office of John L. Rollins
                                                     1408 Burke Road
                                                     West Chester, PA 19380
                                                     Telephone : (215) 512-4219
                                                     Facsimile : (484) 879-6770