UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN PATRCIK O'LEARY | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| V. | ) |
| | ) No. 16-1393 |
| WEXFORD HEALTH SOURCES, INC., ET AL. | ) |
| Defendants, | ) |

NOTICE OF APPEAL

Notice is hereby given that Sonia Perez Chaisson pro hac vice Counsel for the named plaintiff above appeals to the United States Court of Appeals for the Third Circuit from the order issued November 20, 2019 and the order denying the motion to reconsider issued on December 3, 2019 in the United States District Court for the Eastern District of Pennsylvania. The Authority for this personal right of appeal of an order finding misconduct and imposing discipline for the misconduct is established by *Adams* v. *Ford Motor Co.*, 653 F.2d 299, 304-06 (3d Cir. 2011), *Bowers v. NCAA*, 475 F.3d 524 (3d Cir. 2007), and *Butler v. Biocore Med.Techs., Inc.*, 348 F.3d 1163 (10th Cir. 2003) and the cases named therein.

Dated this December 3, 2019    By:    /s/ Sonia Perez-Chaisson
SONIA PEREZ-CHAISSON
2801 OCEAN PARK BLVD SUITE 361
SANTA MONICA, CA 90405
310-773-8788

# Certificate of Service

I hereby certify that on December 3, 2019 I mailed this notice of appeal to be filed by the clerk and that conforming copies were sent by first class United States mail postage prepaid or by using the CM/ECF system which will send notification of such filing to the following:

JOHN L. ROLLINS
1408 BURKE ROAD
WEST CHESTER, PA 19380
215-512-4219

KENNETH D. POWELL , JR.
WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP
2000 MARKET ST., 13TH FL
PHILADELPHIA, PA 19103
215-972-7908

AITLIN J. GOODRICH
WEBER GALLAGHER
2000 MARKET STREET
13TH FLOOR
PHILADELPHIA, PA 19103
267-295-3367

EMILY B. RYAN-FIORE
WEBER GALLAGHER
2000 MARKET STREET, 13TH FLOOR
PHILADELPHIA, PA 19103
215-972-7900

This 3rd Day of December 2019.

/s/ Sonia Perez-Chaisson
SONIA PEREZ-CHAISSON
2801 OCEAN PARK BLVD SUITE 361
SANTA MONICA, CA 90405
310-773-8788

Sonia Perez Chaisson
2801 Ocean Park Drive
Santa Monica, CA 90405
310-773-8788

United States District Court
For the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street suite 2609
Philadelphia, PA 19106

Re: O'Leary v. Wexford Health Sources, Inc. Docket Number 16-cv-1393

Dear Clerk:

    Please find the enclosed Notice of Appeal in O'Leary v. Wexford Health Sources, Inc. to the Order docketed November 20, 2019 as Docket Entry 87 and the Order docketed December 2, 2019 as Docket Entry 99. Ms. Chaisson has been told that the case has been settled. Ms Chaisson assert the authorities of *Adams* v. *Ford Motor Co.*, 653 F.2d 299, 304-06 (3d Cir. 2011) and *Bowers v. NCAA*, 475 F.3d 524 (3d Cir. 2007) as providing her a personal right of appeal from the Court's order without regard to Mr. O'Leary's personal representative's position or settlement of this case. I have enclosed a check for the appeal fee.

Very Truly Yours,

Robert C. Andrews for Sonia Perez Chaisson

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL



04101
DEC 03 19
AMOUNT
$25.50
R2304H109386-30

1007    19106

PRIORITY MAIL ★ EXPRESS™

TEST SERVICE IN THE U.S.



ED INTERNATIONALLY
TOMS DECLARATION
MAY BE REQUIRED.



y 2013  OD: 12.5 x 9.5



0001000006

  PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Sonia Perez Chausson
2801 Ocean Park Drive
Santa Monica CA, 90405

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED ...
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

United States District Court
601 Market St Suite 2609
Philadelphia PA 19106

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 1 0 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ PEEL FROM THIS CORNER

EE 404 345 541 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 04101
Scheduled Delivery Date: 12/4/19
Postage: $25.50

Date Accepted: 12/3/19
Scheduled Delivery Time: ☐ 10:30 AM  ☒ 12 NOON  ☐ 3:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 6:13 ☐ AM ☒ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $25.50

Weight: ☒ Flat Rate   Acceptance Employee Initials: Nah

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, JULY 2018    PSN 7690-02-000-9996

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

  

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.