IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| O'LEARY | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WEXFORD HEALTH SOURCES, INC. et al. | : | NO. 16-1393 |

# O R D E R

**AND NOW**, this 6th day of December, 2019, upon consideration of John L. Rollins,

Esquire's Motion to Withdraw Appearance as Attorney for Plaintiff (Docket No. 95) and Amended

Motion to Withdraw Appearance as Attorney for Plaintiff (Docket No. 98), **IT IS HEREBY**

**ORDERED** that John L. Rollins shall submit documentation to the Court which attests to Michael

O'Leary's appointment as Administrator Ad Prosequendum.[1]

BY THE COURT

/s/ John R. Padova

_____

JOHN R. PADOVA,                    J.

---

[1] The Court will appoint new counsel to represent the Plaintiff in this matter, and grant
the instant motions, after we have received proof that Michael O'Leary had been appointed as
the Administrator Ad Prosequendum for the Estate of Shawn Patrick O'Leary.